IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KIRK EBERLE, | : | Case No. C1-01-614 |
| Petitioner, | : | |
| v. | : | Judge Weber |
| ANTHONY BRIGANO, Warden, | : | Magistrate Judge Hogan |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Assistant Attorney General M. Scott Criss, counsel for Respondent Anthony Brigano, hereby gives notice to the Court and the parties of the change of his office address. The new address is reflected below and is effective as of September 22, 2003.

Respectfully submitted,

JIM PETRO
Attorney General


s/M. Scott Criss
M. SCOTT CRISS (0068105)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233

Trial Attorney for Respondent

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2003, a copy of the foregoing *Notice of Change of Address* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            s/M. Scott Criss
                                            M. SCOTT CRISS
                                            Assistant Attorney General