# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**KIRK EBERLE,**

     **Plaintiff,**

-vs-                             **Case No.**    **C-1-01-614**

**ANTHONY BRIGANO,**

     **Defendant,**

_____

## JUDGMENT IN A CIVIL CASE

x      **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Petition for Writ of Habeas Corpus is Denied with Prejudice.  This case is hereby DISMISSED and TERMINATED on the docket of this Court at Plaintiff's cost.

Date:   September 2, 2004                  JAMES BONINI.,  CLERK

                                          By:s/   Darlene Maury
                                          Darlene Maury, Deputy Clerk